MINUTES
OF THE BOARD OF DIRECTORS MEETING
OF
ULLICO INC.
HELD APRIL 16, 2003
AT 111 MASSACHUSETTS AVENUE, N.W.
WASHINGTON, D.C.



Chairman Georgine called the meeting to order and noted that absent from the continuation of the Board's meeting were Messrs. Biller, Hurt, and O'Sullivan. The Chairman then closed the meeting for Executive Session. When the meeting reassembled, the Chairman noted the attendance of Senior Officers Bill Blanton, Jim Luce, Grover McKean, Pat Montgomery, Frank Santana, and Interim Chief Legal Officer Teresa Valentine. Also present were Barbara Hawkins of ULLICO Inc., Joseph Armbrust and Karen Popp of Sidley Austin Brown & Wood, L.L.P.; Michael Rauh of Manatt Phelps and Phillips; Randy Turk of Baker Botts, L.L.P.; and Joseph Semo of Feder Semo & Bard, P.C.

The Chairman reported that two actions were taken by the Board after discussion in Executive Session. These were:

> Resolved: "that the Chairman is authorized to seek the financial support from the Yucaipa Companies and present a program for Board approval as soon as practicable."

> Resolved: "that the Special Committee consisting of Directors Dunlop, Mintz, Joyce, Miller, O'Sullivan, Rankin, and Sombrotto is hereby delegated authority to structure and enter an early retirement arrangement with Joe Carabillo that will recognize his services to the Company and arrange for his continuing to serve as consultant with respect to legal matters arising from transactions that occurred while he served the Company."

The Chairman continued by directing the attention of the assembled directors and guests to the agenda that had been distributed. The Chairman noted that proposed minutes for meeting of March 13, 2003, March 28, 2003 and April 2, 2003. He asked the Board members to take the minutes with them and advise him of any changes so that the minutes may be presented for approval at the Board's next meeting.

**Early Retirement Program**

The Chairman presented the proposal from the Senior Management Operating Committee for an early retirement program which will be offered to persons who have attained age 55 and 15 years of service or age 65 with 5 years of service by June 1, 2003. The program will eliminate the application of the early retirement reductions that would otherwise apply under applicable retirement programs and will provide post retirement health insurance. The Chairman noted that he would not be eligible for this program. He then asked Mr. Luce to present additional details and respond to any questions. A discussion followed in which Mr. Luce disclosed that he met the conditions for this early retirement program. Director Miller asked that the program not be referred to as a "special early retirement program" or "SERP" based upon her understanding that the term had a special meaning that might be different than the program before the Board. Thereafter, a motion was made and seconded to adopt the resolution as modified to refer only to an Early Retirement Program, and it was unanimously agreed:

WHEREAS, the ULLICO Inc. Pension Plan and Trust (the "Plan") was adopted by the Board of Directors effective December 31, 1994 and amended and restated effective as of February 28, 2002. And,

WHEREAS, Article VI, Section 2 of the ULLICO Inc. By-laws invests in the Executive Committee the authority to exercise all the duties and powers of the Board of Directors, with the exception of the authority to declare a dividend, to issue stock, or to recommend to Stockholders any action requiring Stockholder approval. And,

WHEREAS, on May 5, 1997, the Executive Committee adopted a Resolution creating the Benefits Committee, and charged such Committee with full authority with respect to the administration of all plans created, or to be created, for the benefit and welfare of ULLICO Inc. employees and employees of its subsidiaries. And,

WHEREAS, Article IV, Section 2 of the ULLICO Inc. By-laws invests the Board of Directors with the authority to conduct, manage, and control the affairs and business of ULLICO Inc., and to make rules and regulations not inconsistent with the State of Maryland, or those of any state, in which ULLICO Inc. is doing business, or the ULLICO Inc. By-laws, for the guidance of the Officers and management of the affairs of ULLICO Inc. And,

WHEREAS, pursuant to Section 11.1 of the Plan, the Board of Directors may adopt a resolution to amend the Plan. And,

WHEREAS, the Benefits Committee understands that management of ULLICO Inc. wishes to undertake a restructuring of certain areas of business, which includes cost reduction activities, including a reduction in personnel. And,

WHEREAS, to effectuate this reduction in personnel, the Benefits Committee understands that management would like to offer an Early Retirement Plan to certain employees of ULLICO Inc. (hereinafter referred to as "Sponsoring Employer ULLICO Group Employees"), to be offered on April 16, 2003 to those Sponsoring Employer ULLICO Group Employees that have attained age 55 with 15 years of service or have attained age 65 with 5 years of service by June 1, 2003. Additionally, such Sponsoring Employer ULLICO Group Employees must elect to retire by May 7, 2003 and retire effective June 1, 2003. And,

WHEREAS, creation of the would require certain amendments to the Plan so that Early Retirement Plan participants could receive unreduced retirement benefits and would require certain amendments to the ULLICO Inc. Employees Life and Health Welfare Plan ("Life and Health Plan") so that the Early Retirement Plan participants could receive retiree health and life insurance benefits. And,

WHEREAS, the Benefits Committee recommends that the Plan be amended by the Board of Directors to make the Early Retirement Plan available on April 16, 2003, to those Sponsoring Employer ULLICO Group Employees who elect to retire by May 7, 2003 and retire effective June 1, 2003, so that such Sponsoring Employer ULLICO Group Employees may receive the full retiree benefits of the Plan. And,

WHEREAS, the Benefits Committee recommends that the Life and Health Plan be amended by the Board of Directors to allow those Sponsoring Employer ULLICO Group Employees that have been offered the Early Retirement Plan on April 16, 2003, and who elect to retire by May 7, 2003 and retire effective June 1, 2003, to receive the full retiree benefits of the Life and Health Plan. And,

WHEREAS, the Benefits Committee recommends that the Chairman, President and Chief Executive Officer of ULLICO Inc. be excluded from the Early Retirement Plan. And,

WHEREAS, management of ULLICO Inc. has provided the Committee with the estimated costs associated with the Early Retirement Plan and the Committee has considered these estimated costs in its recommendations regarding the Early Retirement Plan, these estimated costs are attached (Tab 2). And,

WHEREAS, the Committee requests the Board of Directors to consider and adopt the following Resolutions. Therefore, be it:

RESOLVED: "That in order to effectuate a reduction in personnel, the Board of Directors desires that an Early Retirement Program be offered on

April 16, 2003 to those Sponsoring Employer ULLICO Group Employees that have attained age 55 with 15 years of service or have attained age 65 with 5 years of service by June 1, 2003. Such Sponsoring Employer ULLICO Group Employees must elect to retire by May 7, 2003 and retire effective June 1, 2003." And, be it

FURTHER
RESOLVED: "That in order to create the Early Retirement Plan, the Board of Directors desires that the ULLICO Inc. Pension Plan and Trust (the "Plan") be amended so that the Early Retirement Plan participants will receive unreduced retirement benefits and that the ULLICO Inc. Employees' Life and Health Welfare Plan under C-2054 ("Life and Health Plan") be amended to allow the Early Retirement Plan participants to receive full retiree benefits of the Life and Health Plan." And, be it

FURTHER
RESOLVED: "That the Committee recommends that the Chairman of the Board, President and Chief Executive Officer of ULLICO Inc. shall not be eligible to participate in the Early Retirement Plan."

## Personnel Actions

The Chairman stated that the Search Committee appointed to recommend a candidate for the Chief Financial Officer position had completed its work. He read from a letter received from Director Dunlop that the Committee recommended the appointment of Patrick Montgomery to the position. The Chairman stated his concurrence and that based thereon he was appointing Mr. Montgomery as a Vice President. The Chairman asked for a motion to approve the appointment of Mr. Montgomery as Chief Financial Officer and as a Vice President of ULLICO Inc. Whereupon, a motion was made and seconded, and it was unanimously:

WHEREAS, the Chief Financial Officer Search Committee of the Board of Directors comprised of John T. Dunlop, Lenore Miller, Terence M. O'Sullivan, and James H. Rankin, after reviewing the qualifications of the candidates, unanimously recommend that the acting Chief Financial Officer, Patrick M. Montgomery, should be offered the position of Chief Financial Officer. And,

WHEREAS, the Chairman, President, and Chief Executive Officer, has approved the appointment. Therefore, be it

>RESOLVED: "That the Board of Directors of the Corporation hereby authorizes the appointment of Patrick M. Montgomery as Vice President, Chief Financial Officer, effective as of April 16, 2003."

Continuing, the Chairman stated that he had appointed Teresa Valentine as a Vice President. He explained that this appointment was appropriate in recognition of the responsibilities entrusted to her, including an expanded role with the Corporate Governance Committee and that two other Vice Presidents reported to her. Whereupon, a motion was made and seconded, and it was unanimously:

>WHEREAS, the Chairman, President, and Chief Executive Officer, has approved the appointment of Teresa E. Valentine as Vice President of ULLICO Inc. Said appointment is hereby submitted for approval. Therefore, be it

>>RESOLVED: "That the Board of Directors of the Corporation hereby authorizes the appointment of Teresa E. Valentine to the position of Vice President, effective as of March 28, 2003."

## Appointments to Benefit Committee

The Chairman explained that the next action requested from the Board related to the Benefits Committee. Counsel suggested that the name of the Committee more accurately reflect the administrative role of the Committee rather than suggest that it was operating as a fiduciary. Also, the recommendation was to add a non-officer, non-bargaining unit employee to the Committee so that their views may be better heard. Whereupon, after discussion, a motion was made and seconded, and it was unanimously:

>WHEREAS, the ULLICO Inc. Pension Plan and Trust (the "Plan") was adopted by the Board of Directors effective December 31, 1994 and amended and restated effective as of February 28, 2003. And,

WHEREAS, Article VI, Section 2 of the ULLICO Inc. Bylaws invests in the Executive Committee the authority to exercise all of the duties and powers of the Board of Directors, with the exception of the authority to declare a dividend, to issue stock, or to recommend to Stockholders any action requiring Stockholder approval. And,

WHEREAS, on May 5, 1997, the Executive Committee of ULLICO Inc., the Plan Sponsor, adopted a Resolution creating the Benefits Committee, and charged such Committee with full authority with respect to the administration of all plans created, or to be created, for the benefit and welfare of ULLICO Inc. employees and employees of its subsidiaries. And,

WHEREAS, the Executive Committee appointed the following Officers of ULLICO Inc. as members of the Benefits Committee:

1. The Chairman, President and CEO;
2. The Executive Vice President;
3. The Senior Vice President, Insurance Operations
4. The Senior Vice President, Chief Financial Officer
5. The Senior Vice President, Investments. And
6. The Senior Vice President and Chief Legal Officer.

WHEREAS, the Executive Committee authorized the above named Officers, as members of the Benefits Committee to act as fiduciaries with respect to all ULLICO Inc. benefit plans and the plans of its subsidiaries, and to have full authority for the administration of such plans. And,

WHEREAS, the Benefits Committee recommends certain changes to the appointed membership of the Benefits Committee to reflect current management structure and to expand the membership of the Committee. And,

WHEREAS, the Benefits Committee recommends renaming the Benefits Committee in order to maintain consistency with the documents governing the operations and administration of certain of the plans. And,

WHEREAS, Article IV, Section 5 of the ULLICO Inc. Bylaws invests the Board of Directors with the authority to conduct, manage and control the affairs and business of ULLICO Inc., and to make rules and regulations not inconsistent with the laws of the State of Maryland, or those of any state, in which ULLICO Inc. is doing business, or ULLICO Inc.'s Bylaws, for the guidance of the Officers and management of the affairs of ULLICO Inc. Therefore, be it:

RESOLVED: "That the Benefits Committee shall be renamed the Employee Benefit Plans Administrative Committee." And, be it

FURTHER
RESOLVED: "That the Employee Benefit Plans Administrative Committee shall consist of the following Corporate Officers and employees:

1. The Chairman, President and CEO;
2. The Executive Vice President;
3. The Senior Vice President, Investments;
4. The Chief Financial Officer;
5. The Chief Legal Officer;
6. The Chief Actuary;
7. A member of the Company's Collective Bargaining Unit; such member to be selected among those employees represented by collective bargaining agreements. And
8. A non-officer, non-bargaining employee." And, be it

FURTHER
RESOLVED: "that the Board of Directors does hereby authorize, direct and empower the Employee Benefit Plans Administrative Committee to act as fiduciaries with respect to the administration of all employee welfare benefit plans and all qualified employee pension plans created, or to be created, for the benefit and welfare of ULLICO Inc. employees and the employees of its subsidiaries, and the ULLICO Inc. Auxiliary Retirement Benefits Plan." And, be it

FURTHER
RESOLVED: "That the Board of Directors does hereby authorize, direct and empower the Employee Benefit Plans Administrative Committee to appoint trustee(s) as may be deemed necessary and desirable, and shall report material changes with respect to all employee welfare benefit plans and all qualified employee pension plans created, or to be created, for the benefit and welfare of ULLICO Inc. employees and the employees of its subsidiaries, and the ULLICO Inc. Auxiliary Retirement Benefits Plan, on at least an annual basis, to the Board of Directors or the Executive Committee."

**Financial Report**

The Chairman announced that there would not be audited financial statements for the scheduled shareholders' meeting, set for May 8, 2003. This will be the first time that

7

anyone recalls when audited statements would not be available. However, he will be asking the Chief Financial Officer and the heads of the departments to certify that the numbers are properly presented.

Mr. Montgomery distributed unaudited 2002 financial results. His report reflected a net decrease of assets, excluding separate accounts, of $217 million (reflecting accounting for the assets associated with the Global Crossing hedge that matured in 2002, reduction of income tax recoveries, and portfolio losses of approximately $27 million); a net decrease of liabilities of $139 million; and a net decrease of stockholders' equity of $77 million reflecting a $57 million net loss and $17 million of stock redemptions. There was no debt as of December 31, 2002. The total number of shares outstanding decreased by 2.9% (232,520 shares) and book value per share decreased from $46.58 to $37.95, a decrease of 18.5%.

A discussion then followed in which the notes accompanying the financial statement were discussed. These reviewed results of the separate lines of business. Following discussion, Mr. Montgomery concluded his report.

**Legal Update**

The Chairman asked Karen Popp to update the Board on legal proceedings. Ms. Popp reported that attorneys had a group meeting with representatives of the Securities and Exchange Commission, the Department of Labor, and Department of Justice in which the Thompson/Sidley/Special Committee reports were reviewed and delivered to the agencies. Similarly, materials had been given to the Maryland Insurance Administration which reported that it was only using the Hogan & Hartson law firm as an expert and that it was performing its review of the Company in-house, avoiding the large expense that would otherwise have been assessed against the Company.

Ms. Popp additionally reported that there were four committees on the Hill that requested and have received the reports. These are: the house Education & Workforce Committee (Boehner); House Energy & Commerce (Greenwood/Dingell); Senate Committee on Government Affairs (Colburn/Lieberman); and Senate Committee on Health, Education and Labor (Gregg/Kennedy). She noted that Sidley would be meeting with staff from the Committee during the week of April 21 and that Mr. Senderowitz of Winston Strawn was scheduled to meet with them on Tuesday, April 22.

The Chairman stated that the meeting would be continued for further deliberation next week on April 23, 2003, at the Company's office, beginning at 11:00 a.m., when the Board could re-assemble, rather than formally adjourned. Whereupon, with agreement, the meeting was continued to April 23, 2003.