

ULLICO Inc.
111 Massachusetts Ave., N.W.
Washington, DC 20001

**Edward Grebow**
Acting President
Phone: (202) 962-8409

May 30, 2003

**VIA OVERNIGHT MAIL**

Joseph A. Carabillo, Esq.
37437 Quanbeck Lane
Middleburg, Virginia 20117

    **Re:**    **ULLICO Inc. ("ULLICO")**
            **Notice of Termination of Employment**

Dear Mr. Carabillo:

Last week it came to the attention of ULLICO's new management that you had not been terminated by prior management and remain on ULLICO's payroll. This letter serves as formal notification that your employment as Vice President and Chief Legal Officer of ULLICO is terminated for cause. In addition, you are hereby removed as an officer of ULLICO and from any positions you may hold with any related or affiliated entities.

As you know, the report prepared under the direction of Gov. Thompson suggests you may have breached certain obligations to ULLICO, including your fiduciary duties of loyalty and care owed to ULLICO. In light of this, ULLICO is unable to place its ongoing confidence in your judgment and has concluded that your relationship with ULLICO must be severed for cause.

You will receive separate correspondence outlining issues relating to your benefits, including but not limited to your rights to continued health insurance coverage at your own expense pursuant to COBRA. In connection with your termination, ULLICO reserves any and all rights it may have in connection with matters covered by the report prepared under the direction of Gov. Thompson and in connection with your employment with the Company.

Sincerely,

Edward Grebow